UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BLANCA ISELA MENDOZA MACIAS, et al., <br><br> Petitioners, <br><br> v. <br><br> MARCELLO VILLEGAS, et al., <br><br> Respondents. | No. 1:26-CV-056-H |

### ORDER SEVERING CASE

Before the Court is a petition for a writ of habeas corpus, presented by two petitioners: a mother and daughter. Dkt. No. 1. However, "it is widely recognized that habeas actions are highly individualized." *W.M.M. v. Trump*, 782 F. Supp. 3d 370, 393 (N.D. Tex.), *cert. granted, vacated sub nom A.A.R.P. v. Trump*, 605 U.S. 91 (2025). And "there is no authority for permitting multiple petitioners to file one single petition for habeas corpus relief." *Washington v. Texas*, No. 3:24-CV-1255, Dkt. No. 10 at 1 (N.D. Tex. May 22, 2024) (citation modified) (quotation omitted).

Therefore, the claims of each petitioner in this action are severed. A copy of the petition (Dkt. No. 1) and its attachments (Dkt. Nos. 1-1 to 1-5) shall be copied to petitioner Garcia Mendoza's new case.

So ordered on February 6, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE